JOHN W. HAVECKER, an Infant, by HENRY HAVECKER, His Guardian ad Litem, and HENRY HAVECKER, Individually, Appellants, v. EDWARD WEISS, Respondent.— Judgment and order reversed on the law and a new trial granted, costs to appellants to abide the event, upon the ground that it was error to exclude all evidence of what could be seen from a point 275 feet before the crest of the road and 466 feet from where the accident happened, through testimony as to these facts, the result of experiments made after the accident under identical conditions in so far as they were material. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

In the Matter of the Application of JOSEPH CHIAVERINI, Respondent, for a Peremptory Order of Mandamus against EDWARD J. MURRAY, as Commissioner of Public Works of the City of Yonkers, New York, Appellant.— Order granting peremptory mandamus order reversed on the law and the facts, without costs, and motion denied. The relator failed to show that he had been appointed in compliance with the requirements of the municipal civil service commission's rules; on the contrary, it affirmatively appears by the answering affidavit that there had been no such compliance on his part. Hence, he never had been legally appointed (*Matter of Meehan* v. *Flaherty*, 119 App. Div. 128; *People* v. *Ingham*, 107 id. 41), and even though the petitioner had served in the position to which he seeks reinstatement, that fact did not cure an illegal appointment. (*People ex rel. Lee* v. *Gleason*, 32 App. Div. 357.) Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ., concur.